Matter of Avila (2023 NY Slip Op 06788)

Matter of Avila

2023 NY Slip Op 06788

Decided on December 28, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 28, 2023

PM-282-23
[*1]In the Matter of John David Avila, an Attorney. (Attorney Registration No. 5298922.)

Calendar Date:December 18, 2023

Before:Egan Jr., J.P., Lynch, Clark, McShan and Powers, JJ. 

John David Avila, Glen Allen, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
John David Avila was admitted to practice by this Court in 2015 and lists a business address in Washington, DC with the Office of Court Administration. Avila now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Avila's application.
Upon reading Avila's affidavit sworn to November 20, 2023 and filed November 24, 2023, and upon reading the December 14, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Avila is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Lynch, Clark, McShan and Powers, JJ., concur.
ORDERED that John David Avila's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that John David Avila's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that John David Avila is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Avila is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that John David Avila shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.